criminal action, Section 571.015, RSMo 1994. Johnson was sentenced to two life terms, to be served concurrently.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 30.25(b).

of life imprisonment and a consecutive term of fifteen years imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Roamy BLACK, Appellant.

No. 69708.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 25, 1997.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

#### ORDER

PER CURIAM.

A jury found defendant, Roamy Black, guilty of second degree murder, Sec. 565.020 RSMo 1994, forcible rape, Sec. 566.030 and first degree arson, Sec. 569.040. Defendant received sentences of two consecutive terms

Lori Lynn HOWELL,
Petitioner/Respondent,

v.

Stephen Douglas HOWELL,
Respondent/Appellant.

No. 72056.

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 25, 1997.

Leslie Ann Schneider, Columbia, for appellant.

Neil F. Maune, Jr., Hannibal, for respondent.

Before AHRENS, P.J., RHODES RUSSELL, J., and ROBERT E. CRIST, Senior Judge.

#### *ORDER*

PER CURIAM.

In this court tried case, mother, Lori Lynn Howell, filed a motion to modify the trial court's original dissolution decree requesting the trial court to order father, Stephen Douglas Howell, to pay child support for their two